### *Duke of Marlborough* vs. *Fortune*, 1745

At A Court of Vice Adm$^y$ held at Newport in the Colony of Rhode Island the following Preparatory Exam$^n$ was taken on Saturday the 30th day of Nov$^r$ 1745.

Rob$^t$ Dunbar 2$^d$ Lieu$^t$ of the Snow Duke of Marlborough on Oath in Court gave Answer as follow

*Ques$^t$* 1. When where and by whom was this Sloop taken and brought into this Port by you

*Ans$^r$* On the 21st day of Octo$^r$ last in the North Keys about Sixteen Leagues to the w$^d$ of the Matanzas by Cap$^t$ Benj$^r$ Carr in s$^d$ Snow

*Q$^t$* Was there any Persons on board at the time of Capture

*An$^r$* There was not one Person on board her

What Burthen is she off

*A$^r$* About fifty Tons

How many Gunns

*A$^r$* 2 Swivel and two Pateraras

A Parcel of french and Spanish Papers were dd in Court

Are the Papers here produced all that were found on board s$^d$ Sloop without fraud Subd$^n$ Add$^n$ or Embezelm$^t$

*Ans<sup>r</sup>* Yes.

To the truth of w<sup>ch</sup> evidence W<sup>m</sup> Clagget was also Sworn in Court, who was A mariner in the s<sup>d</sup> Snow

W Claggett Junr.

At a Court of Vice admiralty held at Newport In the Colony of Rhode Island, on Thursday the 26th day of December A: D. 1745

The Court being opened, Present the Hon<sup>ble</sup> W<sup>m</sup> Strengthfield, Dep: Judge.

The Lybel being read in Court: The Several partys claimers sworn to the truth of the Claim

Security is given by the Claimants according to Law by Lodging the money with the Register,

The Court is adjourned till Three O the Clock to morrow in the afternoon

The Court being opened according to adjournment,

Present the Hon<sup>ble</sup> W<sup>m</sup> Strengthfield Esq<sup>r</sup> D. Judge,

Robert Dunbar marr<sup>r</sup> being sworn in Court, to answer to the following Questions Viz

*Ques.* What Sails belonged to this Vessel at the time of Capture

*Ans:* She had main sail, fore sail, and Jibb, flying Jibb, top sail and square sail, and Rigging for her, and two Cables and two anchors

Francis Swain of Nantucket, marr<sup>n</sup> being sworn in Court to answer to the following Ques: Viz

*Ques:* What sails belonged to this Vessel at the time you was taken

*Ans:* She had main sail, fore sail, and Jibb, The main Sail, and fore sail almost new, her Rigging was mostly new, Hee further Swars, he was master of the afore<sup>d</sup> Vessel, at the time she was taken, as sett forth in the Claim, and that the Claim is true, and that the Vessel now Libelled against, is the Same Vessel, that was taken from him,

Nicholas Meader Marr<sup>n</sup> being sworn in Court Viz

*Ques:* What knowledge have you of the Vessel now Libelled against.

*Ans:* I was mate of the Vessel now Libelled against, at the time of the Capture, and knowing that the aforesaid Claim now enterred, is just and right, I having made Several Voyages in Said Vessel, while said persons, claiming were owners thereof.

The advocates for both Sides, made their pleas, and the Court was adjourned untill further notice

Moses Lopez was Sworn Interpreter

Saturday Dec<sup>r</sup> 28th 1745, The Court being opened,

Present the Hon<sup>bl</sup> W<sup>m</sup> Strengthfield Esq<sup>r</sup> D: Judge and gave his Decree, after which the Court was adjourned untill further notice.

Dec^r 28th 1745

COURT OF V. ADM^x COLONY OF RHODE ISL^D    I Adjudge and decree
the Sloop Now libelled against by Benj^n Carr to be Appraised by Thomas
Wickham Joseph Scott and Walter Cranston together with her Appur-
tenances as claimed and to be then restored to her former Owners Namely
to Robert Wyar Francis Swain and John Harper all of the Province of
the Massachusetts Bay They paying the full Moiety of the Amount of
s^d Appraisement without any deduction to be divided between the said
Benj^n Carr his Owners and Company as they have or shall hereafter Agree
the said Claimants likewise paying the Cost of this Court together with
the Charge of Appraising s^d Vessel and As by the Several Spanish and
french letters and bills of Lading translated to me by the Sworn Inter-
preter the s^d Cargo was Owned by several Frenchmen and Spaniards in-
habitants at the Havanna and was going to the Cape Francois, both Places
in the Dominions of the Enemies of our Sovreign Lord the King conse-
quently lawfull prize Accordingly I Adjudge and Condemn the said Cargo to
be divided between the s^d Carr his Owners and Company as aforesaid after
Appraisment is made of s^d Cargo by William Mumford William Coddington
W^m Paul and a return made to this Court of the same

W^m Strengthfield D Judge